Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Philip Cheung*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PHILIP CHEUNG,<br><br>Plaintiff,<br><br>v.<br><br>CBJ, L.P. dba ORANGE COUNTY BUSINESS JOURNAL,<br><br>Defendant. | CASE NO.: 2:26-cv-11265<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff PHILIP CHEUNG by and throughhis undersigned counsel, brings this Complaint against Defendant CBJ, L.P. dba ORANGE COUNTY BUSINESS JOURNAL for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff PHILIP CHEUNG ("Cheung") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Cheung's original copyrighted Work of authorship.



SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2. Cheung is a Canadian documentary photographer and photojournalist based in Los Angeles. A former member of the Canadian military, he transitioned into photography in the mid-2000s and is largely self-taught. His work focuses on themes such as conflict, identity, labor, and the human impact of political and social forces, often blending portraiture, landscape, and long-form visual storytelling. He has photographed in regions including Afghanistan, the Middle East, the Arctic, and Ukraine, capturing both frontline events and everyday life shaped by them. Cheung's photography has been widely exhibited internationally and featured in major publications such as TIME and The Washington Post. He has received numerous honors, including recognition as one of PDN's "30 New and Emerging Photographers to Watch" and the Leica/BarTur Photojournalist of the Year award. He is known for a thoughtful, human-centered approach that explores how large global events are experienced on an individual level.

3. Defendant CBJ, L.P. dba ORANGE COUNTY BUSINESS JOURNAL ("CBJ") is a California-based limited partnership recognized for publishing one of the region's leading business news outlets. Founded to serve the Orange County business community, the organization produces a weekly print newspaper alongside digital content that covers local companies, executives, real estate, finance, technology, and economic trends. Operating under the "Orange County Business Journal" brand, CBJ delivers in-depth reporting, rankings, and industry analysis tailored to professionals, investors, and policymakers. The publication is also known for its signature lists (such as the "Book of Lists") and special reports that highlight the growth and influence of businesses across Southern California. Through its journalism and events, CBJ plays a central role in connecting and informing the Orange County business ecosystem. At all times relevant herein, CBJ owned and operated the website located at the internet URL www.ocbj.com (the "Website").

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

4. Cheung alleges that Defendant copied Cheung's copyrighted Work from the internet in order to advertise, market and promote its business activities. CBJ committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the CBJ's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CBJ engaged in infringement in this district, CBJ resides in this district, and CBJ is subject to personal jurisdiction in this district.

## DEFENDANT

9. CBJ, L.P. dba Orange County Business Journal is a Kansas Limited Partnership, with its principal place of business at 11150 Santa Monica Boulevard, Suite 350, Los Angeles, California, 90025, and can be served by serving its Registered Agent, C T Corporation System, 330 North Brand Boulevard, Glendale, California.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2024, Cheung created the photograph entitled "06.25.2024.PalmerLuckey28," which is shown below and referred to herein as the "Work".

//

//

//

//




11. Cheung registered the Work with the Register of Copyrights on July 16, 2024 as part of a group registration. The Group Registration was assigned registration number VA 2-404-810. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Cheung was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY CBJ

13. CBJ has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, CBJ copied the Work.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

15. On or about January 14, 2026, Cheung discovered the unauthorized use of his Work on the Website as the image for the article "Palmer Luckey's Erebor Bank Gets Conditional FDIC Approval" posted on December 19, 2025.

16. CBJ copied Cheung's copyrighted Work without Cheung's permission.

17. After CBJ copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its news business.

18. CBJ copied and distributed Cheung's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. CBJ committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Cheung never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Cheung notified CBJ of the allegations set forth herein on February 3, 2026 and February 19, 2026. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

22. Cheung incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Cheung owns a valid copyright in the Work.

24. Cheung registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. CBJ copied, displayed, and distributed the Work and made derivatives of the Work without Cheung's authorization in violation of 17 U.S.C. § 501.

26. CBJ performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

28. Cheung has been damaged.

29. The harm caused to Cheung has been irreparable.

**COUNT II**
**VICARIOUS COPYRIGHT INFRINGEMENT**

30. Cheung incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

32. CBJ has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33. Despite having the ability to stop the infringed Work from being displayed on its Website, CBJ allowed the materials to remain up for display.

34. To the extent that the actions described above were performed by the third-party alone, CBJ is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Cheung's authorization in violation of 17 U.S.C. § 501.

35. Cheung has been damaged.

36. The harm caused to Cheung has been irreparable.

WHEREFORE, the Plaintiff PHILIP CHEUNG prays for judgment against the Defendant CBJ, L.P. dba ORANGE COUNTY BUSINESS JOURNAL that:

a. CBJ and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. CBJ be required to pay Cheung his actual damages and Defendant's profits attributable to the infringement, or, at Cheung's election, statutory damages, as provided in 17 U.S.C. § 504;

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

c. Cheung be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Cheung be awarded pre- and post-judgment interest; and

e. Cheung be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Cheung hereby demands a trial by jury of all issues so triable.

DATED: September 29, 2026

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Philip Cheung*